## Commonwealth, Appellant, *v.* Shmukler.

Argued December 5, 1973. *Robert Reeder,* with him *C. L. Cushmore, Jr., Joseph H. Foster, John B. Hasson,* and *White and Williams,* for private prosecutor, appellant; *Richard Bank,* Assistant District Attorney, with him *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Stanford Shmukler,* with him *Morton Gorelick,*

and *Steinberg, Greenstein, Richman and Price,* for appellee.

Order affirmed.

SPAULDING, J., absent.